**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

January 3, 2012

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:  United States v. Barret, et al., 10 Crim. 809 (KAM)
                Withdrawal of Attorney

Dear Judge Matsumoto:

      On April 11, 2011, Your Honor appointed Sean Hecker to represent Kerry Gunter in the above-referenced case pursuant to the Criminal Justice Act, 18 U.S.C. §3006A.  I filed a notice of appearance on behalf of Kerry Gunter on May 3, 2011.

      Please be advised that, as of January 7, 2012, I will no longer be employed by the firm of Debevoise & Plimpton LLP.  I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list.  Will you please, therefore, signify your approval of this withdrawal by having this letter memo endorsed so that the clerk may modify and update the court's records.  Sean Hecker will remain Mr. Gunter's counsel of record.

      Thank you for your courtesy and consideration.

                                      Respectfully submitted,


                                      /s/ Poonam Kumar

SO ORDERED:

_____
U.S.D.J.